[No. 12257-0-II. Division Two. July 6, 1990.]

GROAT BROTHERS, INC., *Appellant,* v. ROBERT TEBO,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85-2-01904-4, Robert L. Harris, J., entered
September 12, 1988. *Reversed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12669-9-II. Division Two. July 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE
ARCHIBALD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 225030R020, David H. Johnson, J. Pro Tem.,
entered February 21, 1989. *Affirmed* by unpublished opin-
ion per Alexander, C.J., concurred in by Petrich and Wors-
wick, JJ.

[No. 12544-7-II. Division Two. July 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY LEE
YTTRI, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88-1-00408-1, Thomas L. Lodge, J., entered
December 16, 1988. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 10444-0-II. Division Two. July 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP
SEWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86-1-00157-1, Terence Hanley, J., entered
October 15, 1986. *Affirmed in part* and *vacated in part* by
unpublished opinion per Alexander, C.J., concurred in by
Worswick, J., Reed, J., dissenting.